*11737*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GLOBAL LOGISTICS GROUP LTD.,

                              Plaintiff,

- against -

YONG HE SHIPPING (HK) LTD.,
AEGEAN CARRIERS S.A.,
SOUTH AEGEAN SHIPPING S.A.,
PROSPER SHIPPING LIMITED, &
GLOBAL OCEANIC CHARTERING LTD.,

                              Defendants.
-------------------------------------------------------------------x

Case No.  07 CIV 10654
(Judge Scheindlin)

**VERIFIED SECOND
AMENDED COMPLAINT**

      Plaintiff, **GLOBAL LOGISTICS GROUP LTD.**, (hereinafter "**GLGL**"), by its attorneys, **JUNGE & MELE, LLP**, complaining of the Defendants, **YONG HE SHIPPING (HK) LTD. ("YONG HE"), AEGEAN CARRIERS S.A. ("AEGEAN"), SOUTH AEGEAN SHIPPING S.A. ("SOUTH AEGEAN"), PROSPER SHIPPING LIMITED ("PROSPER")** and **GLOBAL OCEANIC CHARTERING LTD. (" G.O. CHARTERING")** states and alleges the following upon information and belief:

      1.     This is a case of admiralty jurisdiction pursuant to 28 U.S.C. § 1333(1) and a maritime claim within the meaning of Rules 9(h) and 38(e) of the Federal Rules of Civil Procedure.

      2.     At all times relevant, plaintiff **GLGL** was a foreign corporation with a place of business located at c/o Altomar Maritime Inc., as agents only, 5995 Gouin Blvd. West, Suite 200, Montreal, Quebec, Canada H4J 2P8, and was the disponent owner of the vessel "***AFEA***."

3. At all times relevant, Defendant **YONG HE** was a foreign business corporation, with a place of business located at Flat B, 10/F, Civic Comm. Bldg., 165-167 Woo Sung St., Kowloon, Hong Kong, and is not present within this District, or any nearby district, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

4. At all times relevant, Defendant **PROSPER SHIPPING LIMITED** ("**PROSPER**"), was a foreign business company located at Unit 2401A 24/F, Park-In Commercial Centre, 56 Dundas Street, Mongkok, Kowloon, Hong Kong, and is not present within this District, or any nearby district, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

5. At all times relevant, Defendant **AEGEAN** was a foreign business company, with its place of business located at Bona Vista Building-3, Xanthou Street, 16674 Glyfada, Athens, Greece, and is not present within this District, or any nearby district, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

6. At all times relevant, Defendant **SOUTH AEGEAN** was a foreign business company, with its place of business located at Bona Vista Building-3, Xanthou Street, 16674 Glyfada, Athens, Greece, and is not present within this District, or any nearby district, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

7. At all times relevant, Defendant **G.O. CHARTERING** was a foreign business company, with its place of business located at Bona Vista Building-3, Xanthou Street, 16674 Glyfada, Athens, Greece, and is not present within this District, or any nearby district, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

8. On August 24, 2007, **GLGL**, as disponent owner of the *AFEA*, time chartered the vessel to **YONG HE** for one voyage of about 65 days from mainland ports in China to eastern and central Mediterranean ports, at a daily rate of hire of $38,000, payable every 15 days. A true copy of the "Recap" message setting forth the materials terms and conditions of the said voyage charter is attached hereto as **Exhibit "1."**

9. Defendants **AEGEAN**, **SOUTH AEGEAN**, **PROSPER** and **G.O. CHARTERING,** have dominated and used Defendant **YONG HE**, for their own purposes, and said Defendants are alter egos of one another in that there existed at all relevant times such unity of ownership and interest that no separation exists between them and there is no meaningful difference between these entities; they have disregarded the corporate form for the improper purpose of evading obligations to creditors by, among other things, having directed and controlled all activities and communications of **YONG HE**, and by having paid charter hire due and owing from **YONG HE** to **GLGL**.

10. Specifically, on September 11, 2001, September 26, 2001, October 16, 2001 and October 26, 2001**, PROSPER** made charter hire payments to Plaintiff on behalf of **YONG HE** in excess of $2.5 million dollars. **AEGEAN** supplemented these hire

payments to Plaintiff by paying $94,365.40 on September 11, 2001 on behalf of **YONG HE,** while **SOUTH AEGEAN** similarly paid $6,165.012 to Plaintiff on behalf of **YONG HE** on October 3, 2007. Attached hereto as **Exhibit "2"** are true copies of banking statements evidencing these payments.

11.    Furthermore, on October 4, 2007, **G.O. CHARTERING** directed Plaintiff to pay its brokerage commissions not to itself as would be expected, but to defendant **SOUTH AEGEAN.** Attached hereto as **Exhibit "3"** is a true copy of said instructions. Additionally, **SOUTH AEGEAN** and **G.O. CHARTERING** also share the same office address at Bona Vista Building-3, Xanthou Street, 16674 Glyfada, Athens, Greece.

12.    Additionally, **PROSPER** made hire payments to other vessel owners in separate transactions which have recently been the subject of Rule B proceedings where orders of attachment were issued by this court against **PROSPER** as an alter ego of **YONG HE.** *See Padre Shipping Inc. v. Yong He Shipping (HK) Limited, Prosper Shipping Limited, et.al.,* Docket No. 07 CIV. 9682 (Judge Keenan), filed on October 31, 2007; and, *Industrial Carriers Inc. v. Yong He Shipping (HK) Ltd., Prosper Shipping Limited,* Docket No. 07 CIV. 9706 (Judge Crotty), filed on November 1, 2007.

13.    After November 2, 2007, contrary to the charter party obligation to pay charter hire to **GLGL** every 15 days, **YONG HE** and the alter ego Defendants failed to make the 5th and 6th hire payments and settle final adjustments, including bunker expenses and other charges due and owing to Plaintiff, which aggregate to the amount of $730,409.89, and as such, are in breach of maritime contract with GLGL. A true copy of

the Final Hire Statement rendered by **GLGL** is attached hereto as **Exhibit "4."**

14. Under the terms of the charter party Recap, disputes between the parties are to be resolved in arbitration at London, under English law, and this proceeding is brought in aid of said arbitration, either pending or contemplated.

15. As best can now be estimated, Plaintiff expects to recover the following amounts in the London arbitration: on the principal claim, $730,409.89; on interest, costs and attorney's fees through the end of arbitration in London, $100,000; for a total award amount of $830,409.89.

16. Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendants are believed to have or will have during the pendency of this action, assets within this District consisting of cash, funds, freight, hire, or credits including but not limited to electronic fund transfers in the hands of garnishees in this District, including but not limited to the following:

1. Citibank, N.A.
2. Bank of America, N.A.
3. Bank of New York
4. Credit Suisse
5. JPMorgan Chase Bank
6. Commerce Bank
7. HSBC (USA) Bank
8. BNP Paribas
9. ABN AMRO Bank
10. Standard Chartered Bank
11. UBS, A.G.
12. Barclay's Bank
13. Wachovia Bank

14. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
15. American Express Bank

**WHEREFORE,** Plaintiff prays for the following relief:

1. That process in due form of law according to the practice of this Court be issued against Defendants and that Defendants be cited to appear and answer the allegations herein;

2. That since Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of the Defendants' tangible or intangible property or any other funds held by garnishees including but not limited to the aforementioned garnishees in the District which are due and owing or otherwise the property of Defendants up to the amount of $830,409.89, to secure Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in this Verified Amended Complaint.

3. That such property attached pursuant to the Processes of Maritime Attachment and Garnishment remain sequestered to serve as security for the payment of Plaintiff's claims as they may be embodied in any award issued out of arbitration in London.

4. That Plaintiff have such other and further and different relief as may be just and proper, including judgment against Defendants, along with interest, costs and disbursements as allowable under law.

Dated in the City of New York on February 6, 2008

                                        Respectfully submitted,

                                        JUNGE & MELE, LLP
                                        *Attorneys for Plaintiff*

                                        /s/ Peter A. Junge

                                        _____
                                        Peter A. Junge (PJ-0745)
                                        29 Broadway
                                        New York, NY 10006
                                        (212) 269-0061

## VERIFICATION

PETER A. JUNGE declares as follows:

1.  I am a member of the bar of this Honorable Court and of the firm of Junge & Mele, LLP, attorneys for Plaintiff.

2.  I have read the foregoing Second Amended Complaint and I believe the contents thereof are true.

3.  The reason this Verification is made by deponent and not the Plaintiff is that Plaintiff is a foreign corporation with no officers or directors within this jurisdiction.

4.  The source of my information and belief are documents provided to me, statements made to me by representatives of Plaintiff, and publicly available documents concerning the Defendants on the internet.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated in the City of New York on February 6, 2008

/s/ Peter A. Junge

_____
Peter A. Junge

```
> Final recap
>
> ----- Original Message -----
> From: FIX-OCEANTRANS CHARTERING
> To: chartering@altomar.com
> Cc: trading@altomar.com
> Sent: Friday, August 24, 2007 7:58 PM
> Subject: Re: MV AFEA / YONG HE SHIPPING
>
>
> PETER/KUTTY
>
> RE MV AFEA / YONG HE SHIPPING
>
> FLW REC FM CHARTS,
>
> QTE:
>
> RE : MV AFEA/YONG HE
> ==
>
> FINAL RECAP WTH ALL SUBS LIFTED AND IN OREDR
>
> -AC :YONG HE  SHIPPING OF  HONG KONG
>
> -M/V  AFEA
>
> SINGLEDECK/BULK CARRIER-FUTURE 32
> 37.659 DWAT ON 10.768 M SSW
> CYPRUS FLAG - BUILT 1982
> LOA 187.03 M / 28.04 M
> 5 HO / 5 HA - 5 X 15 TONS CRANES
> GRT 22,395 / NRT 12,100
> GR/BL ABT 45865 / 44394
> SPEED ABT 12.0 KT ON 17B/19L MTS IFO + 3.0 MTS MDO AT SEA
> ALL DETAILS ABT
>
> -DELY :   DLOSP XINGANG
>
> -LAYCAN :9 /16 SEPT 2007
>
> - 1 T/C TRIP WITH DURATION OF ABT 65 DAYS DAYS WOG  VIA CHINA MAIIN PORTS
```

EXHIBIT "1"

```
>   TO EAST /CENTRAL MED PORTS   CHOPT VIA SBS SPS AND/OR ANCHORAGES IN/OUT
> GEOG
>   ROT AA AA AWIWL.
>
> INTN CARGOES
> Only homogeneous bulk or bagged cargoes,steels ,generals   without any fire
> risk.
>
> -REDEL: DOP CENTRAL MED OR WEST MED PORT CHOPT   ATDNFHINC
>
> -HIRE US$ 38000 DIOT   PAYABLE EVERY 15 DAYS IN ADVANCE TO OWNERS
>  NOMINATED BANK ACCT
>
> -1ST HIRE PLUS VALUE OF BOD  TO BE PAID ON VSL'S DEL TO OWRS NOM ACCT
>
> -BOD/BOR TO BE ABT SAME .
>
> - BOD/BOR TO BE ADJUSTED AT SAME PRICES. BOD ABT 380 MT IFO AND ABT 60 MT
> MDO
>   PRICES USD 420/625 FOR IFO/MDO RESP.
>
> -CHOPT TO DEDUCT FM LAST OR PENULTIMATE SUFFICIENT HIRE PAYMENT(S) ESTM
>   COST OF BOR
>
> -OWRS WARRANT VSL'S HATCH-COVERS ARE WATER-TIGHT AND TO REMAIN SO DURING
>   THE CHARTER
>
> - VESSEL MUST BE CLASSED / P & I AND H&M COVERED AND MAINTAINED FOR THE
>    ENTIRE DURATION OF CHARTER PARTY.
>
>  -VSL TO BE DEL WITH HATCHES/HOLDS DRY, CLEAN AND SUITABLE FOR LOADING
>    INTENDED CARGO AND TO BE REDEL IN SIMILAR CONDITION
>
>   -ILOHC US$ 3500   L/SUM EXCL DUNNAGE DISPOSAL/REMOVAL WHICH FOR CHRT ACC +
> TIME
>
> -INTERMEDIATE HOLDS CLEANING IF REQUIRED BY CHRS US$500   PER HOLD PER VOY.
>
> -OWRS WARRANT VSL/OWRS IS ISM CERTIFIED/COMPLIANT
>
> - OWNERS TO GUARANTEE SAFE WORKING LOAD OF THE GEARS AS DESCRIBED ABOVE.
>
> -IN CASE ORIG BS/L NOT AVAILABLE AT DISPORT, OWRS AGREE TO RELEASE ENTIRE
>   CARGO AGAINST CHRS LOI (AS PER OWNERS P+I CLUB FORMAT) SIGNED BY CHRS
> ONLY
>
> -CBL/VIC/ENT US$ 1400   L/SUM PER 30 DAYS OR PRORATA
>
> -OWRS/MASTER TO AUTHORIZE CHRS OR THEIR AGENTS TO SIGN/RELEASE ORIGINAL
>   BS/L AT LOADPORT ON THEIR BEHALF AND SAME (BS/L) TO BE STRICTLY IN
>   ACCORDANCE WITH MATE'S RECEIPT
>
> -WATCHMEN TO BE FOR ACCT OF PARTY ORDERING SAME, COMPALSORY WATCHMEN CHRTS
> ACC
>
> -ARB + GA IN LONDON AND ENGLISH LAW TO APPLY
>
> - CARGO/TRADING EXCLUSIONS AS ATTACHED
>
> - DECK OPTION ALLOWED
>
> -CHRTRS SUBS /SHIPPERS/RECEIVERS APPROVAL LIFTED AND IN ORDER
>
> -OTHERWISE OWRS BTB C/P LOGICALLY AMENDED AS PER M/T WITH TTL COMM 5%
>
> END
>
```

```
> FGOS PLS RECONFIRM
>
> PLS ADV VSL'S PRESENT POSITION / ITINERARY AND ESTIMATED TIME OF DELY
>
> TKS VM FOR THIS FIXTURE
>
>
> UQTE;
>
> BRGDS/OCEANTRANS
> Regards
> John
>
> Altomar Maritime Inc.
> 5995 Gouin Blvd West
> Suite, 200
> Montreal, Quebec, Canada
> H4J 2P8
> Tel: 514-388-8280
> Fax: 514-388-5436
> E-mail:
> Dry orders to: chartering@altomar.com
> Wet orders to: tankers@altomar.com
> Skype: altochart
> Website www.altomar.com
> To receive our circulation list, subscribe/un-subscribe at
> http://www.altomar.com/maillist.asp
```



EXHIBIT "2"

```
                ΕΠΙΒΕΒΑΙΩΣΗ ΑΠΟΣΤΟΛΗΣ ΜΗΝΥΜΑΤΟΣ SWIFT
                ================================================

ΚΑΤΑΣΤΗΜΑ: ΚΕΝΤΡΙΚΗ - ΔΙΟΙΚΗΣΗ              ΗΜΕΡΟΜΗΝΙΑ:  11 ΣΕΠ 2007
TRANSACTION REFERENCE NUMBER:   FT0725404853
ORIGINATING TRANSACTION NUMBER: FT0725404853 /316
CURRENCY AND AMOUNT:     USD94365.40             VALUE DATE:   11 ΣΕΠ 2007
ORDERING CUSTOMER:   /GR2202803160000000232457425
                     AEGEAN CARRIERS S.A.
                     BONA VISTA BUILDING


ORDERING INSTITUTION:

RECEIVER BANK:

RECEIVER'S CORRESPONDENT:


INTERMED ACCOUNT:
INTERMEDIARY BANK:   SW-CHASUS33XXX   JPMORGAN CHASE BANK, N.A.


PAY BANK BRANCH:
PAY BANK ACCOUNT:
PAYING BANK:    SW-BNTBBMHMXXX        BANK OF N.T. BUTTERFIELD AND SON LI


BENEFICIARY ACCOUNT:20006840414932100
BENEFICIARY:GLOBAL LOGISTICS GROUP LTD


DETAILS OF PAYMENT:      1ST HIRE M/V AFEA/YHS



CHARGES:OUR
INFORMATION:



INPUTTER:676_OIKONOMOUMA
11 ΣΕΠ 2007    316    FT0725404853
```

致: The Bank of East Asia, Limited
東亞銀行有限公司

日期: Sep. 26, 2007

_____ Branch
分行

## Application for Outward Remittance/Cashier's Order
匯款 / 本票申請書

I/We hereby request you to issue a on my/our behalf with the following details:
本人（等）茲委託 貴行以下列資料發出

- [ ] Telegraphic Transfer 電匯
- [ ] Mail Transfer 信匯
- [ ] Demand Draft 匯票
- [ ] Cashier's Order 本票
- [ ] CHATS 銀行銀子過賬系統

| Field | | Details |
|---|---|---|
| 32A Currency and Amount 貨幣及金額 | Currency & amount in words 貨幣及大寫金額 | US DOLLARS FIVE HUNDRED FIFTY FIVE THOUSAND SEVEN HUNDRED FIFTY ONLY |
| | Currency & amount in figures 貨幣及小寫金額 | USD 555,750.00 |
| *Town and Country drawn on 付款之城市及國家 | | |
| 50 Applicant/Remitter 申請人/匯款人 | Name 姓名 | PROSPER SHIPPING LIMITED |
| | Account No. 賬戶號碼 | 015-514-25-09020-0 |
| | Address 地址 | UNIT 2401A 24/F PARK-IN COMMERCIAL CENTRE 56 DUNDAS STREET MONGKOK KOWLOON |
| | Identity Document No. 身份證明文件號碼 | |
| | Date of Birth (DD/MM/YY) 出生日期 | |
| | Telephone No. 電話號碼 | 13901037257 |
| 54 / 56 Intermediary Bank and its address (Receiver's Corr. Bank) 收款銀行之代理行及其地址 | | JP MORGAN CHASE, N.Y. SWIFT CODE: CHASUS 33 |
| 57 Beneficiary's Banker 收款人之銀行 | Name 名稱 | THE BANK OF BUTTERFIELD HAMILTON, BERMUDA. SWIFT CODE: BNTBBMHM |
| | Address 地址 | |
| 59 **Beneficiary **收款人 | Account No. 賬戶號碼 | 20006-840-414932100 |
| | Name 姓名/名稱 | GLOBAL LOGISTICS GROUP LTD. |
| | Address 地址 | |
| | Telephone No. 電話號碼 | |
| 70 Message/Instructions (if any) 附言/指示（如有） Max. 140 characters including spaces or 20 Chinese words 不多於140個英文字（包括空格，符號及記號）或20個中文字 | | HIRE M/V AFEA / YHS |

71A Additional Handling Charges for the Bank's Correspondents/Agents (See condition no. 6 overleaf) 代理同業銀行之附加手續費 (見背面條款第六條)

- [ ] Charge to beneficiary's account (deduct from the above remittance amount) 由收款人支付（在上述之匯款金額內扣除）
- [x] Charge to my/our account No. 015-514-25-09020-0 由本人（等）賬戶扣除 - 賬號

Despatch of demand draft/cashier's order/remittance receipt 匯票/本票/匯款收據的發送方法

- [ ] Collect at your counter 向 貴行櫃面領取
- [x] To me/us by mail/registered mail 平郵/掛號郵寄本人（等）
- [ ] 

Payment of the remittance/cashier's order plus charges 匯款/本票及費用之付款方式

- [ ] By Cash 附上現金
- [x] Please debit my/our account No. 015-514-25-09020-0 由本人（等）賬戶扣除 - 賬號

For Bank Use Only 銀行專用

| 20 | Reference No. | |
|---|---|---|
| Value date | | Exchange Rate |
| HKD Equivalent | | |
| Service Charges | | |
| Commission (Sundries) | | |
| Postage/Cable | | |
| Additional Handling Charges | | |
| Total HKD | | |

I/We have read the conditions printed overleaf and agree to be bound by them.
本人（等）已閱悉並同意遵守背面所列條款。

I/We acknowledge and agree that in carrying out the remittance instruction(s) my/our personal data and/or information (including but not limited to those contained herein) may be disclosed and transferred to third party/parties, whether located inside or outside Hong Kong.
本人（等）確認並同意， 貴行可因執行此匯款指示而將本人（等）的個人資料及/或資料（包括但不限於本申請書所載之資料）披露及提供予第三者，無論其位於香港境內或境外。

PROSPER SHIPPING LIMITED

_____
Authorized Signature(s)

Signature(s) of Applicant(s)/Remitter(s)
申請人/匯款人簽署

S.V.

```
                    ΕΠΙΒΕΒΑΙΩΣΗ ΑΠΟΣΤΟΛΗΣ ΜΗΝΥΜΑΤΟΣ SWIFT
                    ------------------------------------
ΚΑΤΑΣΤΗΜΑ: ΚΕΝΤΡΙΚΗ - ΔΙΟΙΚΗΣΗ              ΗΜΕΡΟΜΗΝΙΑ:    02 ΟΚΤ 2007
TRANSACTION REFERENCE NUMBER:  FT0727522098
ORIGINATING TRANSACTION NUMBER: FT0727522098 /316
CURRENCY AND AMOUNT:        USD6165.12         VALUE DATE:    02 ΟΚΤ 2007
ORDERING CUSTOMER:   /GR0802803160000000232472421
                     SOUTH AEGEAN SHIPPING S.A.
                     BONA VISTA BUILDING

ORDERING INSTITUTION:

RECEIVER BANK:

RECEIVER'S CORRESPONDENT:

INTERMED ACCOUNT:
INTERMEDIARY BANK:


PAY BANK BRANCH:
PAY BANK ACCOUNT:
PAYING BANK:     SW-BNTBBMHMXXX            BANK OF N.T. BUTTERFIELD AND SON LX


BENEFICIARY ACCOUNT:20006840414932106
BENEFICIARY:GLOBAL LOGISTICS GROUP LTD
            HAMILTON BRANCH

DETAILS OF PAYMENT:


CHARGES:OUR
INFORMATION:


INPUTTER:1148_OIKONOMOUMA
02 ΟΚΤ 2007     316       FT0727522098
```

To: The Bank of East Asia, Limited
致：東亞銀行有限公司

Date: Oct. 16, 2007

Branch 分行: _____

## Application for Outward Remittance/Cashier's Order
匯款 / 本票申請書

I/We hereby request you to issue a _____ on my/our behalf with the following details.
本人（等）茲委託貴行開發下列匯款/本票：

- [ ] Telegraphic Transfer 電匯
- [ ] Mail Transfer 信匯
- [ ] Demand Draft 票匯
- [ ] Cashier's Order 本票
- [ ] C-HATS 銀行電子轉賬系統

| Field | | Details |
|---|---|---|
| 32A Currency and Amount 貨幣及金額 | Currency & amount in words 貨幣及大寫金額 | US DOLLARS FOUR HUNDRED NINE THOUSAND NINE HUNDRED EIGHTY TWO CENTS FIFTY ONE ONLY |
| | Currency & amount in figures 貨幣及小寫金額 | USD 409,982.51 |
| *Town and Country drawn on *付款之城市及國家 | | |
| 50 Applicant/Remitter 申請人/匯款人 | Name 姓名 | PROSPER SHIPPING LIMITED |
| | Identity Document No. 身份證明文件號碼 | |
| | Account No. 賬戶號碼 | 015-514-25-09020-0 |
| | Date of Birth (DD/MM/YY) 出生日期 | |
| | Address 地址 | UNIT 2401A 24/F PARK-IN COMMERCIAL CENTRE 56 DUNDAS STREET MONGKOK KOWLOON |
| | Telephone No. 電話號碼 | 13901037257 |
| 54/56 Intermediary Bank and its address (Receiver's Corr. Bank) 收款銀行之代理行及其地址 | | JP MORGAN CHASE, N.Y. SWIFT CODE: CHASUS33 |
| 57 Beneficiary's Banker 收款人之銀行 | Name 名稱 | THE BANK OF BUTTERFIELD HAMILTON, BERMUDA. SWIFT CODE: BNTBBMHM |
| | Address 地址 | |

To facilitate Money Transfers to your beneficiaries in a more efficient way, please fill in the following codes/account number, if any:
為加快匯款及收款人，請填寫下列資料（如有）：

CHAPS Branch Sort Code ☐☐-☐☐-☐☐ (For UK Transfers only) 只供匯款到英國之賬戶
CHIPS Universal Identifier / Federal Routing Number (For US Transfers only) ☐☐☐☐☐☐☐☐☐
只供匯款到美國之賬戶

For Credit to Beneficiary's Banker A/C maintained with the Bank 
For Outward Remittance to China only) 只供匯款到中國之賬戶 ☐☐☐-☐☐☐-☐☐☐☐☐☐

| 59 Beneficiary 收款人 | Account No. 賬戶號碼 | 20006-840-414932100 |
| | Name 名稱 | GLOBAL LOGISTICS GROUP LTD. |
| | Address 地址 | |
| | Telephone No. 電話號碼 | |

| 70 Message/Instructions (if any) 附言/指示（如有） | M/V AFEA/YHS |

Max 140 characters including spaces or 50 Chinese words
最多140字母包括空格或50個中文字

| 71A Additional Handling Charges for the Bank's Correspondent Agents 其他銀行代理行之手續費 | ☐ Charge to beneficiary's account (deduct from the above remittance amount) 收款人支付（從上述匯款金額扣除） |
| | ☑ Charge to my/our account no. 由本人（等）帳戶扣除 — 帳號: 015-514-25-09020-0 |

Despatch of demand draft/cashier's order/ remittance receipt 匯款/本票/滙款收據交付方式:
- ☐ Collect at your counter 由貴行櫃檯領取
- ☑ To mail by ordinary/registered mail 平郵/掛號郵寄本人（等）

Payment of demand draft/cashier's order, fees plus charges 本票/手續費及附加費之付款方式:
- ☐ By Cash 現金支付
- ☑ Please debit my/our account No. 由本人（等）帳戶扣除 — 帳號: 015-514-25-09020-0

### For Bank Use Only 銀行專用

| 20 Reference No. | |
| Value date | Exchange Rate |
| HKD Equivalent | |
| Service Charges | |
| Commission | |
| Postage | |
| Additional Handling Charges | |
| Total HKD | |

I/We have read the conditions printed overleaf and agree to be bound by them.
本人（等）已閱讀並同意遵守背頁所列條款。

I/We acknowledge and agree that in carrying out the remittance instruction(s), my/our personal data and/or information (including but not limited to those contained herein) may be disclosed and transferred to third party/parties, whether located inside or outside Hong Kong.
本人（等）確認並同意貴行執行本匯款指示時，可向香港境內或境外第三者披露及轉移本人（等）的資料及/或資訊（包括但不限於本申請書所載者）。

PROSPER SHIPPING LIMITED

_____
Signature(s) of Applicant/Remitter
申請人/匯款人簽章    Authorized Signature(s)

Company Stamp | Cash received by | Handled by | Checked by | Approved by

Date: Oct. 26, 2007

## Application for Outward Remittance/Cashier's Order
### 匯款 / 本票申請書

- [ ] Telegraphic Transfer
- [ ] Mail Transfer
- [ ] Demand Draft
- [ ] Cashier's Order
- [ ] CHATS

**Currency & amount in words:** US DOLLARS EIGHT HUNDRED EIGHTY EIGHT THOUSAND FIVE HUNDRED ONLY

**Currency & amount in figures:** USD 888,500.00

**Name:** PROSPER SHIPPING LIMITED
**Account No:** 015-514-25-09020-0
**Address:** UNIT 2401A 24/F PARK-IN COMMERCIAL CENTRE 56 DUNDAS STREET MONGKOK KOWLOON
**Telephone No:** 13901037257

**Correspondent Bank:** JP MORGAN CHASE, N.Y.
SWIFT CODE: CHASUS 33

**Beneficiary's Bank:** THE BANK OF BUTTERFIELD HAMILTON, BERMUDA.
SWIFT CODE: BNTBBMHM

**Account No:** 20006-840-414932100
**Name:** GLOBAL LOGISTICS GROUP LTD.

**Remittance Info:** M/V ATEA/YHS

- [x] Charge to my/our Account No. 015-514-25-09020-0

- [x] To mail us by registered mail
- [x] Please debit my/our account No. 015-514-25-09020-0

Signature(s) of Applicant(s)/Remitter(s):
PROSPER SHIPPING LIMITED
[signature]
Authorized Signature(s)

**Peter A. Junge**

| | |
|---|---|
| From: | Peter Salway-Altomar Maritime Inc. [chartering@altomar.com] |
| Sent: | Monday, January 28, 2008 2:27 PM |
| To: | Peter A. Junge |
| Cc: | trading@altomar.com |
| Subject: | FW: MV AFEA / YHS - INVOICE |

Peter / Peter

As per John's last, here is proof that Go Chartering's involvement with Aegean Shipping

rgds

-----Original Message-----
From: Peter Salway-Altomar Maritime Inc.
Sent: Thursday, October 04, 2007 7:16 AM
To: Natalie Santos (natalie@altomar.com)
Cc: trading@altomar.com (trading@altomar.com)
Subject: FW: MV AFEA / YHS - INVOICE


-----Original Message-----
From: operations@gochartering.gr [mailto:operations@gochartering.gr]
Sent: Thursday, October 04, 2007 6:05 AM
To: operations@altomar.com
Subject: Re:MV AFEA / YHS - INVOICE

Msg Ref:15619

G. O.   C H A R T E R I N G   LTD   -   GLYFADA,   GREECE

Tel: +30   210 89 81 123      Fax: +30 210 89 48 313

GD DAY

RE:  M/V AFEA / YHS - INVOICE

FURTHER OUR COMM INVOICE WHICH HV SENT TO U ON 19/09/07 PLS FIND HEREUNDER OUR BANK DETS

MARFIN EGNATIA BANK
DOUSMANI 5 (CODE: 316)
GLYFADA 16675
GREECE
Tel: +30 210 8948100

In Favour Of: SOUTH AEGEAN SHIPPING S.A.
USD Account  No: 0232472421
IBAN GR08 0280 3160 0000 0023 2472 421
BIC: EGNAGR2T


Ref: m/v  "AFEA" / YHS - 1

++++++++++

THKS+RGDS
POST FIX DEPT
MAVRA BONATSOS

EXHIBIT "3"



# GLOBAL LOGISTICS GROUP LTD

C/o Altomar Maritime Inc.
5995 Gouin Blvd. West, Suite 200
Montreal, Quebec, Canada, H4J 2P8
Tel: 1-514-388-8280  Fax: 1-514-388-5436
Email: chartering@altomar.com

| Delivery of ship: | 11/09/07 - 12:00 GMT | Statement of account no.: | PF | | Revised 11/26/07 |
|---|---|---|---|---|---|
| Start of current period: | 10/11/07 - 12:00 GMT | | | | |
| End of current period: | 10/12/07 - 12:00 GMT | | | | |

cp dtd 08/24/07

**MV Afea-Yong He Shipping (HK) Ltd.**

| | | | | | Debit OWNERS | Credit CHARTS | Comments |
|---|---|---|---|---|---|---|---|
| **1.) Hire:** | **FROM** | **TO** | **= DAYS** | **AT RATE** | | | |
| a) | 11/09/07 - 12:00 GMT | 10/12/07 - 12:00 GMT | 90.000000 | $38,000.00 | $3,420,000.00 | | **Estimated Redelivery** |
| **Off-Hire:** | | | | | | | As per master's message |
| b) | 10/24/2007 4:55 | 10/24/2007 9:20 | 0.18403 | $38,000.00 | | $6,993.06 | STOPPAGE ME REPAIR |
| | NOV 3, 2007 | NOV 4, 2007 | 0.96875 | $38,000.00 | | $36,812.50 | DEVIATION TO VATICA BAY(23.25HRS) |
| | NOV 8, 2007 | NOV 9, 2007 | 0.28125 | $38,000.00 | | $10,687.51 | STOPPAGE RE LOI |
| **2.) Commissions:** | | | | | | | |
| | address comm. (=%) | | | | | | |
| a) | $3,420,000.00 | 2.50 | | | | $85,500.00 | |
| **Off-Hire:** | | | | | | | |
| b) | $54,493.06 | 2.50 | | | | $1,362.33 | |
| **3.) Bunkers** | | **Qty metric tons** | | **Price** | | | |
| **Bunkers on Delivery** | | | | | | | |
| | Marine fuel oil | 444.910 x | | $420.00 | $186,862.20 | | AS PER SURVEYOR |
| | Marine gas oil | 90.460 x | | $625.00 | $56,537.50 | | AS PER SURVEYOR |
| **Bunkers on Redelivery** | | | | | | | |
| | Marine fuel oil | 0.000 x | | $420.00 | | $0.00 | |
| | Marine gas oil | 0.000 x | | $625.00 | | $0.00 | |
| **Bunkers Off-hire** | | | | | | | |
| | | | | | | | As per master's message |
| | Marine gas oil | 0.600 x | | $625.00 | | $375.00 | STOPPAGE ME REPAIR |
| | Marine fuel oil | 1.89 x | | $420.00 | | $793.80 | DEVIATION TO VATICA BAY(23.25HRS) |
| | Marine gas oil | 2.92 x | | $625.00 | | $1,825.00 | DEVIATION TO VATICA BAY(23.25HRS) |
| | Marine gas oil | 0.28125 x | | $625.00 | | $175.78 | STOPPAGE RE LOI |
| **4.) Charterers expenses** | | | | | | | |
| | | Ipsum pm/pr | | Days | | | |
| | Lumpsum CVE | $1,400.00 | | $46.027397 | 90.00000 | $4,142.47 | |
| | ILOHC | $3,500.00 | | End of voyage | | $3,500.00 | |
| | SURVEYS EXPENSES SHARED 50/50 | | | | | $800.00 | |
| | INTEREST FOR LATE PMT OF 3RD HIRE | | | | | $898.56 | |
| **5.) Owners expenses** | | | | | | | |
| **6.) Charterers remittances** | | Partial 1st hire | | 9/11/2007 | | $94,365.40 | |
| | | Balance 1st hire | | 9/13/2007 | | $700,000.00 | |
| | | Partial 2nd hire | | 9/28/2007 | | $555,750.00 | |
| | | Balance 2nd hire | | 10/2/2007 | | $6,165.12 | |
| | | Partial 3rd hire | | 10/12/2007 | | $145,767.49 | |
| | | Balance 3rd hire | | 10/19/2007 | | $409,982.51 | |
| | | 4th hire | | 11/2/2007 | | $888,500.00 | |
| | | | | Totals | $3,674,103.05 | $2,943,693.16 | |
| Please remit to: | | Balance in Charts - Owners favour | | | $0.00 | $730,409.89 | |
| | | | | | $3,674,103.05 | $3,674,103.05 | |

JP Morgan Chase
One Chase Manhattan Plaza, 35th Floor
New York, N.Y. 10081
ABA: 021000021
Swift Address: CHASUS 33

Credit to the account of:
The Bank of Butterfield
Hamilton, Bermuda
Swift Address: BNTBBMHM
Account: 001-1-067808

For final credit to:
GLOBAL LOGISTICS GROUP LTD
Account: 20006-840-414932100
REF:MV AFEA-PF HIRE



EXHIBIT "4"