*11737*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLOBAL LOGISTICS GROUP LTD.,

                         Plaintiff,

        - against -

YONG HE SHIPPING (HK) LTD.,
AEGEAN CARRIERS S.A.,
SOUTH AEGEAN SHIPPING S.A.,
PROSPER SHIPPING LIMITED, &
GLOBAL OCEANIC CHARTERING LTD.,

                      Defendants.
------------------------------------------------------------x

**Case No. 07 CIV 10654**
**(Judge Scheindlin)**

**NOTICE OF VOLUNTARY DISMISSAL WITH ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

    **PLEASE TAKE NOTICE** that there being no appearance or answer by Defendants, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on June 11, 2008

        Respectfully submitted,

        JUNGE & MELE, LLP
        *Attorneys for Plaintiff*

        Peter A. Junge (PJ-0745)
        29 Broadway
        New York, NY 10006
        (212) 269-0061

**IT IS SO ORDERED**

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE   6/12/08

**Dated:**